UNITED STATES BANKRUPTCY COURT
District of Oregon

In re                                               )
**Natache D Rinegard-Guirma**                       )   Case No. **22-31651-dwh13**
       Debtor(s)  )
                                                    )   Judge David W Hercher
                                                    )   Relief from Stay
                                                    )   Hearing Date: **08/08/2023**

EMILIE K EDLING    _____ No appearance    Self-represented    _____ No appearance

Attorney for Moving Party                    Attorney for Opposing Party

**Matter: Relief From Stay Refiled with No Fee Filed by Respondent U.S. Bank National Association, as Successor in Interest to Bank of America, N.A., as Successor by Merger to LaSalle Bank National Association, as Trustee Re:113 Notice and Motion for Relief From Stay and Supporting Document Doc# 114**

| | | |
|---|---|---|
| x | Continued preliminary hearing to be held on | 9/6/2023 at 10:00 am    by telephone. |
|   | Final hearing to be held on | in/via |
| x | Stay remains in effect. | |

Other:

    \_\_\_\_ Agreed order being circulated.
    \_\_\_\_ Parties negotiating and request one more set-over.
    \_\_\_\_ Need time to exchange accounting.
    \_\_\_\_ Parties unable to resolve and request evidentiary hearing. Hearing to be set and noticed by CRD.
    \_\_\_\_ Off calendar; may be reset at request of either party.
    \_\_\_\_ Motion denied. Order to be lodged by
    \_\_\_\_ Motion granted. Order to be lodged by
    \_\_\_\_ Stay to remain in effect until entry of an order otherwise, and parties agree to extend 60 day time period of 11 U.S.C §362(e)(2)(B) to the extent necessary to accommodate hearing date.

Notes: Per Ms. Edling, she will file a supplemental brief addressing 11 U.S.C. § 362(d)(1) within one week. Further hearing was special-set as listed above to allow time for Ms. Guirma to respond. Parties to call the regular phone number of 888-684-8852 and enter access code 5870400.